United States District Court
Southern District of Texas

**ENTERED**

July 05, 2018

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DIEDRA FERGUSON, INDIVIDUALLY<br>AND AS NEXT FRIEND OF<br>K. H., III, A MINOR | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 4:18-cv-1203 |
| TOYOTA MOTOR ENGINEERING<br>& MANUFACTURING NORTH<br>AMERICA, DBA TOYOTA MOTOR<br>MANUFACTURING NORTH AMERICA,<br>INC., TOYOTA MOTOR CORPORATION<br>LTD., TOYOTA MOTOR NORTH<br>AMERICA, INC., AND TOYOTA<br>MOTOR SALES, U.S.A., INC. and<br>FUJIO CHO, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered the Plaintiffs' request for the entry of an Order of Dismissal without Prejudice of their claims in this cause. The Court, being fully advised, is of the opinion that the interest of justice would be served by granting the request of Plaintiffs.

It is, therefore, ORDERED, ADJUDGED and DECREED that the claims which have been asserted or could have been asserted by Plaintiffs in this cause be, and hereby are, dismissed without prejudice. Costs of court are taxed against the party incurring same.

Signed this 5th day of July_____, 2018.

_____
JUDGE PRESIDING

1